UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLARD L. JAMES, JR., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social <br> Security, <br><br> Defendant. | No. CV-08-092-CI <br><br> ORDER GRANTING STIPULATED <br> MOTION FOR REMAND PURSUANT <br> TO SENTENCE FOUR OF 42 <br> U.S.C. 405(g) |

BEFORE THE COURT is the parties' stipulated Motion for Remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 22.) The parties have consented to proceed before a magistrate judge. (Ct. Rec. 8.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1. The parties' stipulated Motion for Remand **(Ct. Rec. 22)** is **GRANTED**. The above-captioned case shall be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) will further evaluate Plaintiff'S mental impairments and consider the report and opinion of Dennis Pollack, Ph.D. In addition, the ALJ will re-evaluate

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

Plaintiff's testimony and the lay witness testimony.

    2.    Judgment shall be entered for the **PLAINTIFF**.

    3.    An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED November 4, 2008.

                          S/ CYNTHIA IMBROGNO
                      UNITED STATES MAGISTRATE JUDGE